UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEARS TRANSPORTATION GROUP,
INC., a Florida corporation,

    Plaintiff,                                       CASE NO.:   6:08-CV-01359-JA-GJK

vs.

ZURICH AMERICAN INSURANCE
COMPANY, INC., a foreign
corporation,

    Defendant.
_____/

## DEFENDANT'S MOTION TO VACATE PRIOR ORDER GRANTING PLAINTIFF'S SUMMARY JUDGMENT

Defendant, ZURICH AMERICAN INSURANCE COMPANY, INC. ("Zurich"), by and through its undersigned counsel, hereby moves the Court to vacate its prior order dated August 27, 2009, (D.E. # 31). As grounds therefore, Zurich alleges as follows:

1.    In this insurance coverage dispute, the Court granted Summary Judgment to Plaintiff, Mears Transportation Group, Inc. ("Mears") by order dated August 27, 2009 (D.E. #31). The Parties have since reached a settlement in this case and filed a Notice of Settlement.

2.    Because the settlement resolves all the issues in the case, and because a motion for reconsideration was pending at the time of the settlement of this case, it is appropriate for the Court to vacate its prior order.

3. Pursuant to Local Rule 3.01(g), counsel for Zurich has conferred with counsel for Mears who represents that Mears does not oppose the relief requested by this Motion. WHEREFORE, Zurich respectfully requests that this Court enter an order vacating its prior order granting summary judgment to Mears.

## MEMORANDUM OF LAW

This Court has inherent authority to review and vacate its own orders. It would be in the interests of justice and consistent with the settlement and procedural posture of this case for the Court to vacate its order. For these reasons, Zurich requests that this motion be granted.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties conferred in good faith with respect to this motion and that Mears does not oppose this motion.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

s/ Louis Schulman, Esq.
LOUIS SCHULMAN, ESQ.
Florida Bar No.: 377244
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
lschulman@butlerpappas.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I certify that on <u>September 25, 2009</u>, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

    Scott Damon, Esq.
    Baker & Hostetler
    Post Office Box 112
    Orlando, FL  32802-0112

    Marilyn G. Moran, Esq.
    Baker & Hostetler, LLP
    SunTrust Center, Suite 2300
    200 South Orange Avenue
    Orlando, FL  32802-0112

                        s/ Louis Schulman, Esq.
                        LOUIS SCHULMAN, ESQ.
                        Florida Bar No.:  377244
                        777 S. Harbour Island Boulevard
                        Suite 500
                        Tampa, Florida  33602
                        Telephone:   (813) 281-1900
                        Facsimile:    (813) 281-0900
                        lschulman@butlerpappas.com
                        Attorneys for Defendant